Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Kellie Ann Nave

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE ANN NAVE, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | No. 2:19-cv-00741-MRW <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND DOLLARS and NO CENTS ($3,000.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 7, 2019

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1